# United States District Court
### District of South Dakota
### Southern Division

**FILED**
APR 29 2008

CLERK

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| v. | |
| ERNEST JAMAL CLAXTON, a/k/a Luv, and CHARLES WILLIAMS | Case Number: CR08-40056-01 & 02 |

To:   The United States Marshal
      and any authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Charles Williams** and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

Charging him or her with

Conspiracy to Pass Counterfeit United States Currency in violation of 18 USC § 371 as charged in Count 1;
Passing Counterfeit United States Currency in violation of 18 USC § 472 as charged in Count 2

---

| Jackie Meisenheimer | Deputy Clerk |
|---|---|
| Name of issuing Officer | Title of issuing Officer |
| *(signature)* Jackie Meisenheimer | 4/11/2008 at Sioux Falls, SD |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $_____   By_____
                              Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 4-17-08 | Brett W. Miller | *(signature)* Brett W. Miller |
| Date of Arrest | Special Agent (USSS) | |
| 4-21-08 | | |